Same case below, 422 Fed. Appx. 838.

■

**No. 10-10959. Steven C. Sparks, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.**

565 U.S. 859, 132 S. Ct. 195, 181 L. Ed. 2d 102, 2011 U.S. LEXIS 6011.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

■

**No. 10-10960. Karen Rosebrough, Petitioner v. James F. Butler.**

565 U.S. 859, 132 S. Ct. 195, 181 L. Ed. 2d 102, 2011 U.S. LEXIS 6150.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

■

**No. 10-10961. Yusuf A. Shabazz, Petitioner v. Thalrone Williams, Warden.**

565 U.S. 859, 132 S. Ct. 195, 181 L. Ed. 2d 102, 2011 U.S. LEXIS 6149.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

■

**No. 10-10962. Virgil H. Sutherland, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

565 U.S. 859, 132 S. Ct. 195, 181 L. Ed. 2d 102, 2011 U.S. LEXIS 6137.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 407 Fed. Appx. 699.

■

**No. 10-10965. Justin Terrance Monroe, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections.**

565 U.S. 859, 132 S. Ct. 195, 181 L. Ed. 2d 102, 2011 U.S. LEXIS 6340.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

■

**No. 10-10966. Ricardo Cardenas, Petitioner v. San Antonio Police Department, et al.**

565 U.S. 859, 132 S. Ct. 196, 181 L. Ed. 2d 102, 2011 U.S. LEXIS 6324.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 417 Fed. Appx. 401.

■

**No. 10-10967. Brian Keith Thomas, Petitioner v. Louisiana.**

565 U.S. 859, 132 S. Ct. 196, 181 L. Ed. 2d 102, 2011 U.S. LEXIS 6122.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of Louisiana, Third Circuit, denied.

Same case below, 48 So. 3d 1210.